# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWIGHT LAMAR SPEARS, | No. 4:20-CV-01567 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN SPAULDING, | |
| Respondent. | |

## ORDER

**JUNE 22, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

2. Petitioner's motion to appoint counsel (Doc. 16) and motion for evidentiary hearing (Doc. 17) are **DISMISSED** as moot.

3. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge